1  JOSEPH W. COTCHETT (SBN 36324)
   FRANK M. PITRE (SBN 100077)
2  PHILIP L. GREGORY (SBN 95217)
   ELIZABETH C. PRITZKER (SBN 146267)
3  **COTCHETT, PITRE, SIMON & McCARTHY**             **E-filed 8/16/05**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000

6  Attorneys for All Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11
   EDWARD L. SCARFF, an individual;      )  Case numbers  C 03-03394 JF (PVT)
12 NANCY SCARFF, an individual; SCARFF,  )                C 03-04829 JF (PVT)
   SEARS & ASSOCIATES, a California      )                C 03-05871 JF (HRL)
13 partnership; and PENTOGA PARTNERS, a  )
   California partnership,               )
14                                       )  **STIPULATION AND [PROPOSED]**
                 Plaintiffs,             )  **ORDER AMENDING SCHEDULING**
15       v.                              )  **ORDER DATED JUNE 15, 2005**
                                         )
16 WELLS FARGO BANK, N.A.; COMERICA      )
   BANK, a Michigan corporation; BANK OF )
17 AMERICA, N.A.; FIDELITY NATIONAL      )
   TITLE CO.; COMPUTING RESOURCES,       )
18 INC., a Nevada corporation; INTUIT INC., a )
   Delaware corporation; KELLY HVEGHOLM,)
19 an individual; CAROL BARBER, an       )
   individual; JOAN BURTZEL, an individual; )
20 LISA CICCOTTI, an individual; and CAROL )
   HUANG, an individual,                 )
21                                       )
                 Defendants.             )
22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER DATED JUNE 15, 2005**

WHEREAS, Defendants Wells Fargo Bank, N.A., Intuit, Inc., Computing Resources, Inc., Carol Barber, and Lisa Ciccotti, by and through their counsel of record, Susan K. Jamison of Coblentz, Patch, Duffy & Bass, LLP, and Plaintiffs Edward L. Scarff, Scarff, Sears & Associates, and Pentoga Partners, by and through their counsel of record, Philip L. Gregory and Elizabeth Pritzker of Cotchett, Pitre, Simon & McCarthy, met and conferred at length, on July 29, 2005, in an effort to resolve several outstanding discovery matters; and

WHEREAS, as part of that meet and confer effort, the parties agreed to extend the briefing schedule and hearing date on motions for summary judgment contained in the Court's Scheduling Order dated June 15, 2005;

THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO COURT APPROVAL, AS FOLLOWS:

1. The last date to file and serve motions for summary judgment shall be extended from August 26, 2005 **to September 9, 2005**;

2. The last date to file and serve any opposition to motions for summary judgment shall be September 21, 2005, unless an earlier date is required by Civil Local Rule 7-3;

3. The last date to file and serve any reply brief in support of summary judgment shall be September 30, 2005, unless an earlier date is required by Civil Local Rule 7-3;.

4. The last date for hearing motions for summary judgment shall be extended from September 30, 2005 **to October 7, 2005.**

Except as so stipulated and agreed, all other pre-trial and trial dates set forth in the Court's Scheduling Order dated June 15, 2005 shall remain in effect.

SO STIPULATED.

Dated: August 2, 2005:                    COTCHETT, PITRE, SIMON & McCARTHY

BY: ELIZABETH C. PRITZKER
Attorneys for Plaintiffs Edward L. Scarff, Nancy Scarff, Scarff Sears & Associates, and Pentoga Partners

| | |
|---|---|
| Dated: August 10, 2005: | COBLENTZ, PATCH, DUFFY & BASS, LLP<br><br>BY: REBECCA M. ARCHER<br>Attorneys for Defendants Wells Fargo Bank, N.A., Intuit, Inc., Computing Resources, Inc., Carol Barber, and Lisa Ciccotti |
| Dated: August __, 2005: | BINGHAM McCUTCHEN LLP<br><br>BY: William Bates III<br>Attorneys for Bank of America |
| Dated: August 10, 2005: | HOPKINS & CARLEY<br><br>BY: JOHN EASTERBROOK<br>Attorneys for Defendant Comerica Bank |
| Dated: August __, 2005: | LAW OFFICES OF MARTIN KRESSE<br><br>BY: MARTIN KRESSE<br>Attorneys for Joan Burtzel |
| Dated: August __, 2005: | GAVIN & CUNNINGHAM<br><br>BY: WILLIAM A. GAVIN<br>Attorneys for Defendant Kelly Hvegholm |

## ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, the Court approves the agreed-upon briefing schedule and hereby amends the Scheduling Order dated June 15, 2005 as follows:

1. The last date to file and serve motions for summary judgment shall be extended from August 26, 2005 to **September 9, 2005**;

```
 1  Dated: August ___, 2005:           COBLENTZ, PATCH, DUFFY & BASS, LLP
 2
 3                                     BY: _____
                                            REBECCA M. ARCHER
                                            Attorneys for Defendants Wells Fargo Bank,
 4                                          N.A., Innuit, Inc., Computing Resources,
                                            Inc., Carol Barber, and Lisa Ciccotti
 5
 6  Dated: August ___, 2005:           BINGHAM McCUTCHEN LLP
 7
 8                                     BY: _____
                                            William Bates III
                                            Attorneys for Bank of America
 9
10  Dated: August ___, 2005:           HOPKINS & CARLEY
11
12                                     BY: _____
                                            JOHN EASTERBROOK
                                            Attorneys for Defendant Comerica Bank
13
14  Dated: August 9, 2005:             LAW OFFICES OF MARTIN KRESSE
15
16                                     BY: _____
                                            MARTIN KRESSE
                                            Attorneys for Joan Burtzel
17
18  Dated: August ___, 2005:           GAVIN & CUNNINGHAM
19
20                                     BY: _____
                                            WILLIAM A. GAVIN
                                            Attorneys for Defendant Kelly Hvegholm
21
22
23                                     ORDER

24      Pursuant to the Stipulation of the parties, and for good cause shown, the Court approves the
25  agreed-upon briefing schedule and hereby amends the Scheduling Order dated June 15, 2005 as
26  follows:
27      1.   The last date to file and serve motions for summary judgment shall be extended from
28           August 26, 2005 to September 9, 2005;
```

| | |
|---|---|
| Dated: August __, 2005: | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| | BY: REBECCA M. ARCHER<br>Attorneys for Defendants Wells Fargo Bank, N.A., Intuit, Inc., Computing Resources, Inc., Carol Barber, and Lisa Ciccotti |
| Dated: August __, 2005: | BINGHAM McCUTCHEN LLP |
| | BY: William Bates III<br>Attorneys for Bank of America |
| Dated: August __, 2005: | HOPKINS & CARLEY |
| | BY: JOHN EASTERBROOK<br>Attorneys for Defendant Comerica Bank |
| Dated: August __, 2005: | LAW OFFICES OF MARTIN KRESSE |
| | BY: MARTIN KRESSE<br>Attorneys for Joan Burtzel |
| Dated: August 2, 2005: | GAVIN & CUNNINGHAM |
| | BY: WILLIAM A. GAVIN<br>Attorneys for Defendant Kelly Hvegholm |

## ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, the Court approves the agreed-upon briefing schedule and hereby amends the Scheduling Order dated June 15, 2005 as follows:

1. The last date to file and serve motions for summary judgment shall be extended from August 26, 2005 **to September 9, 2005**;

2. The last date to file and serve any opposition to motions for summary judgment shall be September 21, 2005 for motions filed September 9, 2005; Civil Local Rule 7-3 shall control with respect to earlier-filed motions;

3. The last date to file and serve any reply brief in support of summary judgment shall be September 30, 2005 for motions filed September 9, 2005; Civil Local Rule 7-3 shall control with respect to earlier-filed motions;

4. The last date for hearing motions for summary judgment shall be extended from September 30, 2005 **to October 7, 2005.**

Except as so agreed and amended, all other pre-trial and trial dates set forth in the Court's Scheduling Order dated June 15, 2005 shall remain in effect.

IT IS SO ORDERED.

Dated: August 15, 2005:

/s/electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER DATED JUNE 15, 2005