JOSEPH N. DEMKO (State Bar #113104)
JENNIFER COLEMAN (State Bar # 213210)
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA  94111-3824
Telephone:  (415) 398-8080
Facsimile:  (415) 398-5584

Attorneys for Defendant
WELLS FARGO BANK, N.A.

JONATHAN R. BASS (State Bar #075779)
SUSAN K. JAMISON (State Bar #131867)
A. MARISA CHUN (State Bar # 160351)
REBECCA M. ARCHER (State Bar #202743)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663

Attorneys for Defendants/Counterclaimants/Cross-Complainants
WELLS FARGO BANK, N.A, INTUIT INC., COMPUTING
RESOURCES, INC., and Defendants LISA CICCOTTI and
CAROL BARBER

**E-filed 11/3/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; COMPUTING RESOURCES, INC.; INTUIT INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual;<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case Nos.   C03 03394 JF/PVT<br>            C03 04829 JF/PVT<br>            C03 05871 JF/PVT<br><br>**STIPULATION AND (PROPOSED) ORDER:  REVISING BRIEFING SCHEDULE AND HEARING DATE AND EXTENDING PAGE LIMITS ON MOTIONS FOR SUMMARY JUDGMENT** |

05441.104.15447v1

1

STIPULATION AND ORDER REVISING BRIEFING SCHEDULE AND HEARING DATE AND EXTENDING PAGE LIMITS ON MOTIONS FOR SUMMARY JUDGMENT

1  Under the existing case management schedule, motions for summary judgment by
2  defendants Wells Fargo Bank, N.A., Carol Barber, Intuit Inc., Computing Resources, Inc. and
3  Lisa Ciccotti are to be filed no later than November 4, 2005, and are to be heard on December 9,
4  2005.

5  The Local Rules provide that motions shall not exceed 25 pages in length, and that
6  opposition and reply briefs shall not exceed 25 pages and 15 pages, respectively, unless the Court
7  orders otherwise. In accordance with said rules, each of the five defendants would have the right
8  to file a separate motion of 25 pages, plaintiffs could respond with five opposition briefs, and
9  defendants could file five reply briefs. The parties believe that the interests of the parties and the
10 Court would be better served by just two briefs, one on behalf of Wells Fargo Bank and Carol
11 Barber (the "Wells Fargo defendants") and one on behalf of Intuit, Computing Resources and
12 Lisa Ciccotti (the "Intuit defendants"). In order to present two such consolidated briefs, the
13 parties agree that dispensation from the normal page limitations is required.

14 Under the briefing and hearing schedule presently established, the notice period is 35
15 days, the minimum required by the Local Rules. The parties agree that, in light of the number
16 and complexity of the issues to be addressed in the motions for summary judgment, an extended
17 briefing and hearing schedule would be desirable.

18 In light of the foregoing facts and circumstances, the undersigned counsel stipulate as
19 follows:

20  1.  The motions for summary judgment of the Wells Fargo and Intuit defendants shall
21 be filed no later than November 9, 2005.

22  2.  One motion, not to exceed 45 pages, may be filed on behalf of the Wells Fargo
23 defendants, and one motion, not to exceed 45 pages, may be filed on behalf of the Intuit
24 defendants.

25  3.  Plaintiffs may respond to each motion with an opposition brief not to exceed 45
26 pages, and reply briefs, not to exceed 20 pages, may be filed by defendants.

27  4.  Plaintiffs shall file their opposition briefs no later than December 7, 2005, and

28

05441.104.15447v1

2

STIPULATION AND ORDER REVISING BRIEFING SCHEDULE AND HEARING DATE AND EXTENDING PAGE LIMITS ON MOTIONS FOR SUMMARY JUDGMENT

defendants' reply briefs shall be filed no later than December 21, 2005.

5. The hearing on said motions shall be on January 6, 2006, at 9:00 a.m.

Dated: November 2, 2005              COTCHETT, PITRE, SIMON & McCARTHY

By: _____
    Frank M. Pitre, Esq.
    Attorneys for Plaintiffs EDWARD SCARFF,
    NANCY SCARFF, SCARFF, SEARS &
    ASSOCIATES, and PENTOGA PARTNERS

Dated: November 2, 2005              COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____
    JONATHAN R. BASS
    Attorneys for Defendants WELLS FARGO
    BANK, INTUIT INC., COMPUTING
    RESOURCES, INC. CAROL BARBER and
    LISA CICCOTTI

ORDER

Pursuant to the stipulation of counsel, and good cause appearing, it is hereby ordered that: the hearing and briefing schedule on defendants' motions for summary judgment, and the page limits on the parties' briefs, shall be as set forth above.

Date: November 3, 2005              /s/electronic signature authorized
                                    HON. JEREMY FOGEL
                                    UNITED STATES DISTRICT JUDGE

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

05441.104.15447v1

3