1  BINGHAM MCCUTCHEN LLP
   WILLIAM BATES III (SBN 63317)
2  1900 University Avenue
   East Palo Alto, CA  94303-2223
3  Telephone: (650) 849-4400
   Facsimile: (650) 849-4800
4  E-mail: bill.bates@bingham.com

**E-filed 11/30/05**

5  Attorneys for Defendant and Counterclaimant
   Bank of America, N.A.
6
   COCTCHETT, PITRE, SIMON & McCARTHY
7  PHILIP L. GREGORY (SBN 95217)
   San Francisco Airport Center
8  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
9  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
10 E-mail: pgregory@cpsmlaw.com

11 Attorneys for All Plaintiffs and Counterdefendants

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16 EDWARD L. SCARFF, et al.,              No. C 03-05871 JF (PVT)

17            Plaintiffs,
       v.                                  STIPULATION FOR DISMISSAL
18                                         WITH PREJUDICE
   BANK OF AMERICA, N.A.,
19                                         [No hearing required]
              Defendant.
20

21 AND RELATED COUNTERCLAIMS

22         On October 4, 2005, the Court entered an order dismissing this case without

23 prejudice as a result of the parties' settlement.  That settlement having now been finalized and

24 approved by the Bankruptcy Court in plaintiff Edward Scarff's bankruptcy case, the parties

25 hereby stipulate, pursuant to Fed. R. Civ. P. 41 and through their respective attorneys, that the

26 dismissal of this case is with prejudice.  Each party shall bear its own costs and attorneys' fees.

Case No. C 03-05871 JF (PVT)

STIPULATION FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: 11/25, 2005. | |
| 2 | | BINGHAM McCUTCHEN LLP |
| 3 | | |
| 4 | | By: /s/ William Bates |
| 5 | | William Bates III<br>Attorneys for Defendant and Counterclaimant<br>Bank of America, N.A. |
| 6 | DATED: 11/25, 2005. | |
| 7 | | COTCHETT, PITRE, SIMON & McCARTHY |
| 8 | | |
| 9 | | By: /s/ Philip L. Gregory |
| 10 | | Philip L. Gregory<br>Attorneys for All Plaintiffs and<br>Counterdefendants |
| 11 | 11/30/05   IT IS DO ORDERED. | |

Judge Jeremy Fogel /s/electronic signature authorized
United States District Court

2   Case No. C 03-05871 JF (PVT)

STIPULATION FOR DISMISSAL WITH PREJUDICE