**E-filed 1/24/07**

1  JOSEPH N. DEMKO (Bar No. 113104)
   JENNIFER S. COLEMAN (Bar No. 213210)
2  JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendants/Counterclaimant/Cross-Complainant
   WELLS FARGO BANK, N.A.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | EDWARD L. SCARFF, an individual;              | CASE NO.   C03 03394 JF/PVT
   | NANCY V. SCARFF, an individual; SCARFF,       |            C03 04829 JF/PVT
12 | SEARS & ASSOCIATES, a California              |            C03 05871 JF/PVT
   | partnership; and PENTOGA PARTNERS, a
13 | California partnership,                       | **STIPULATION AND (PROPOSED) ORDER
   |                                               | FOR DISMISSAL**
14 |         Plaintiffs,

15 |     v.

16 | WELLS FARGO BANK, N.A.; COMERICA
   | BANK; BANK OF AMERICA CORP.;
17 | FIDELITY NATIONAL TITLE CO.;
   | COMPUTING RESOURCES, INC.; INTUIT
18 | INC.; KELLY HVEGHOLM, an individual;
   | CAROL BARBER, an individual; JOAN
19 | BURTZEL, an individual; LISA CICCOTTI, an
   | individual; and CAROL HUANG, an
20 | individual,

21 |         Defendants.

22 | AND RELATED CLAIMS.
23

24         It is hereby stipulated by and between Defendant and Cross-Complainant Wells

25 Fargo Bank, N.A. ("Bank") and Defendant Carol Barber ("Barber") (collectively, the "Bank

26 Parties") on the one hand and Edward L. Scarff, Nancy V. Scarff, Scarff, Sears & Associates and

27 Pentoga Partners (the "Scarff Parties") on the other hand by and through their respective counsel,

28 that the Bank Parties and Scarff Parties have settled their disputes and the issues before the Court in

PRINTED ON
RECYCLED PAPER

MS Word JND SF 545356v1 60427-0014 1/5/07            - 1 -    CASE NO. C03 03394 JF/PVT (CONSOLIDATED)
                                                              STIPULATION AND (PROPOSED) ORDER

1  the above-referenced actions pursuant to the terms of a Settlement Agreement entered into between
2  the Bank Parties and the Scarff Parties ("Settlement Agreement").
3      It is therefore stipulated by and between the Bank Parties and the Scarff Parties,
4  through their counsel of record and pursuant to the terms of the Settlement Agreement that:
5      1. The Scarff Parties claims against the Bank Parties, in the above-referenced
6  actions shall be dismissed with prejudice by order of this Court pursuant to Federal Rule of Civil
7  Procedure 41, with each party bearing its, his, her or their own costs and attorneys' fees;
8      2. The Bank's claims against the Scarff Parties in the above-entitled actions
9  shall be dismissed with prejudice by order of this Court pursuant to Federal Rule of Civil Procedure
10 41, with each party bearing its, his, her or their own costs and attorneys' fees; and
11     3. The parties agree that this Court shall retain jurisdiction over this case to
12 enforce the terms of the Settlement Agreement.

DATED: January 22, 2007    COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
SUSAN K. JAMISON
Attorneys for WELLS FARGO BANK N.A. and
CAROL BARBER

DATED: January ____, 2007    COTCHETT, PITRE, SIMON & McCARTHY

By: _____
FRANK M. PITRE
Attorneys for EDWARD L. SCARFF, NANCY V.
SCARFF, SCARFF, SEARS & ASSOCIATES, and
PENTOGA PARTNERS

DATED: January 22, 2007    JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
JOSEPH N. DEMKO
Attorneys for WELLS FARGO BANK N.A.

the above-referenced actions pursuant to the terms of a Settlement Agreement entered into between the Bank Parties and the Scarff Parties ("Settlement Agreement").

It is therefore stipulated by and between the Bank Parties and the Scarff Parties, through their counsel of record and pursuant to the terms of the Settlement Agreement that:

1. The Scarff Parties claims against the Bank Parties, in the above-referenced actions shall be dismissed with prejudice by order of this Court pursuant to Federal Rule of Civil Procedure 41, with each party bearing its, his, her or their own costs and attorneys' fees;

2. The Bank's claims against the Scarff Parties in the above-entitled actions shall be dismissed with prejudice by order of this Court pursuant to Federal Rule of Civil Procedure 41, with each party bearing its, his, her or their own costs and attorneys' fees; and

3. The parties agree that this Court shall retain jurisdiction over this case to enforce the terms of the Settlement Agreement.

DATED: January ____, 2007      COBLENTZ, PATCH, DUFFY & BASS LLP


By:_____
   SUSAN K. JAMISON
   Attorneys for WELLS FARGO BANK N.A. and
   CAROL BARBER

DATED: January _10_, 2007      COTCHETT, PITRE, SIMON & McCARTHY


By:_____
   FRANK M. PITRE
   Attorneys for EDWARD L. SCARFF, NANCY V.
   SCARFF, SCARFF, SEARS & ASSOCIATES, and
   PENTOGA PARTNERS

DATED: January ____, 2007      JEFFER, MANGELS, BUTLER & MARMARO LLP


By:_____
   JOSEPH N. DEMKO
   Attorneys for WELLS FARGO BANK N.A.

**ORDER**

Pursuant to the Stipulation entered into by the Bank Parties and Scarff Parties, as those terms are defined in the Stipulation, it is ordered that all claims by the Scarff Parties in the above-referenced actions against the Bank Parties are dismissed, with prejudice, with each party bearing its, his, her or their own costs and attorneys' fees.

It is further ordered that the Bank's claims against the Scarff Parties, in the above-referenced actions, are dismissed with prejudice, with each party bearing its, his, her or their own costs and attorneys' fees.

It is further ordered that the Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

DATED:   1/24/07

_____
JEREMY FOGEL
United States District Court Judge