**E-filed 4/24/07**

1  JONATHAN R. BASS (State Bar No. 75779)
   SUSAN K. JAMISON (State Bar No. 131867)
2  A. MARISA CHUN (State Bar No. 160351)
   COBLENTZ, PATCH, DUFFY & BASS LLP
3  One Ferry Building, Suite 200
   San Francisco, California  94111-4213
4  Telephone: 415.391.4800
   Facsimile:  415.989.1663
5  Email:   ef-jrb@cpdb.com, ef-skj@cpdb.com,
            ef-amc@cpdb.com

Attorneys for Defendants/Counterclaimants/Cross-Complainants INTUIT INC. and COMPUTING RESOURCES, INC. and Defendant LISA CICCOTTI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC.; INTUIT INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.  C03 03394 JF/PVT<br>           C03 04829 JF/PVT<br>           C03 05871 JF/PVT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING COSTS TAXED AGAINST PLAINTIFFS** |

---

05441.104.591452v2                                        1                                 C03 03394 JF/PVT

**STIPULATION AND [PROPOSED] ORDER REGARDING COSTS TAXED AGAINST PLAINTIFFS**

IT IS HEREBY STIPULATED THAT:

The amount of $56,563.00 taxed by the Court as costs and included in the judgment in favor of Defendants Intuit Inc., Computing Resources, Inc., and Lisa Ciccotti and against Plaintiffs Edward L. Scarff, Nancy V. Scarff, Scarff, Sears and Associates, and Pentoga Partners on March 22, 2007 shall be reduced by the sum of $5,219.73, such that the total revised amount taxed as costs shall be the sum of **$51,343.27.**

Dated:  April 18, 2007         COBLENTZ, PATCH, DUFFY & BASS, LLP

//s//
JONATHAN R. BASS
Attorneys for Defendants and Counterclaimants
INTUIT INC. and COMPUTING RESOURCES, INC. and Defendant LISA CICCOTTI

Dated:  April 17, 2007         COTCHETT, PITRE, & McCARTHY

//s//
PHILIP L. GREGORY

Attorneys for Plaintiffs and Counterdefendants
EDWARD L. SCARFF, NANCY V. SCARFF, SCARFF, SEARS & ASSOCIATES, and PENTOGA PARTNERS

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS SO ORDERED that the amount of $56,563.00 taxed by the Court as costs and included in the judgment in favor of Defendants Intuit, Inc., Computing Resources, Inc., and Lisa Ciccotti and against Plaintiffs Edward L. Scarff, Nancy V. Scarff, Scarff, Sears and Associates, and Pentoga Partners on March 22, 2007 shall be reduced by the sum of $5,219.73, such that the total revised amount taxed as costs shall be the sum of **$51,343.27**.

DATED:  4/24/07

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE